```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 17-00655-JJT
William K. Daubert                                                  Chapter 7
Kathryn C. Daubert
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-4          User: admin              Page 1 of 1              Date Rcvd: Jun 19, 2017
                              Form ID: fnldecac        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 21, 2017.
db/jdb        +William K. Daubert,    Kathryn C. Daubert,    725 Chestnut Street,   Apt. 801,
               Sunbury, PA 17801-2870

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2017 at the address(es) listed below:
              James   Warmbrodt     on behalf of Creditor    M&T Bank a/k/a Manufacturers and Traders Trust Company
               bkgroup@kmllawgroup.com
              James M Bach     on behalf of Debtor William K. Daubert JMB@JamesMBach.com,
               staff@jamesmbach.com;staff@ecf.courtdrive.com;r39038@notify.bestcase.com
              James M Bach     on behalf of Joint Debtor Kathryn C.  Daubert JMB@JamesMBach.com,
               staff@jamesmbach.com;staff@ecf.courtdrive.com;r39038@notify.bestcase.com
              Lawrence G. Frank (Trustee)    lawrencegfrank@gmail.com, PA39@ecfcbis.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

fnldecac (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| William K. Daubert<br>725 Chestnut Street<br>Apt. 801<br>Sunbury, PA 17801 | Chapter 7<br>Case No. 4:17−bk−00655−JJT |
| Kathryn C. Daubert<br>725 Chestnut Street<br>Apt. 801<br>Sunbury, PA 17801 | |

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−6079
xxx−xx−3898

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**Lawrence G. Frank (Trustee)**

is discharged as trustee of the estate of the above−named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: June 16, 2017

BY THE COURT
By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: AutoDocketer, Deputy Clerk